EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Milagros Alonso Díaz<br><br>Ex Parte | 2014 TSPR 106<br><br>191 DPR ____ |

Número del Caso: TS-6877

Fecha: 11 de septiembre de2014

Abogado del Peticionario:

      Por derecho propio

Materia: Reactivación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Milagros Alonso Díaz

Ex Parte                            TS-6877

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de septiembre de 2014.

Examinada la "Solicitud de cambio a estatus de abogado(a) activo(a) en el Registro de Abogados y Abogadas del Tribunal Supremo" que presentó la Lcda. Milagros Alonso Díaz, se declara con lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo